FRY V. STATE






NO. 07-07-0479-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

JANUARY 24, 2008
______________________________

GEORGE RAMOS LOPEZ, JR.,

                                                                                                 Appellant

v.

THE STATE OF TEXAS,

                                                                                                 Appellee
_________________________________

FROM THE 320th DISTRICT COURT OF POTTER COUNTY;

NO. 54951-D; HON. DON R. EMERSON, PRESIDING
_______________________________

ORDER OF DISMISSAL
_______________________________

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.
          Appellant, George Ramos Lopez, Jr., appeals his conviction for injury to an elderly
or disabled person with intent to cause serious bodily injury. The certification of right to
appeal executed by the trial court states that this “is a plea bargain case and the defendant
has no right to appeal.” This circumstance was brought to the attention of appellant’s
counsel, and opportunity was granted him to obtain an amended certification entitling
appellant to appeal. No such certification was received within the time we allotted. Having
received no certification, we dismiss the appeal per Texas Rule of Appellate Procedure
25.2(d).
          
                                                                           Per Curiam

Do not publish.